UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHESTER TSANG, On behalf of Himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, JACK LAI and QUQUANG YAO, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 07-CV-8706-JGK <br><br> ECF CASE <br><br> **Rule 7.1 Statement** |
|---|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Chester Tsang_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates or subsidiaries.

Date:  10/05/2007          s/William B. Federman
                           William B. Federman, # WF 9124
                           FEDERMAN & SHERWOOD
                           10205 N. Pennsylvania
                           Oklahoma City, OK 73120
                           (405) 235-1560/FAX: (405)239-2112
                           *wfederman@aol.com*