%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CHESTER TSANG, on behalf of himself and all others similarly situated,

V.

LDK SOLAR CO., LTD, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8706**

**JUDGE KOELTL**

TO: (Name and address of Defendant)

LDK Solar Co., LTD
c/o Jack Lai, Agent for Service of Process for LDK Solar Co., LTD
1290 Oakmead Pkwy Ste 306
Sunnyvale, CA 94085

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 0 9 2007

CLERK _(signature)_                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE Nov 5, 2007 |
| NAME OF SERVER (PRINT) Dianna J. Blea | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service was obtained by certified mail — See attached Exhibit "A"

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 16, 2007    *Dianna J. Blea*
             Date              Signature of Server

10205 N. Penn. Ave.
Oklahoma City, OK 73120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.