# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LDK Solar Co., LTD
    c/o Jack Lai, Service Agent
    1290 Oakmead Pkwy, Ste. 306
    Sunnyvale, CA 94085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Judy L.           ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  11/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number:  7006 0100 0005 2215 7192

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.13 |

Postmark Here
10/31/07

Sent To: LDK Solar Co., LTD
Street, Apt. No.; or PO Box No.: c/o Jack Lai, Service Agent, 1290 Oakmead Pkwy, Ste. 306
City, State, ZIP+4: Sunnyvale, CA 94085

7006 0100 0005 2215 7192

PS Form 3800, June 2002    See Reverse for Instructions