UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X          07 civ 8706 (JGK)
In re LDK SOLAR SECURITIES LITIGATION                                  07 civ 8766 (JGK)
------------------------------------------------------------X          07 civ 9745 (JGK)

## ORDER

The Court, having so order a stipulation and proposed order for transfer and consolidation on November 28, 2007, and the lead action, 07 civ 8706, having been transferred to the Northern District of California, and,

Actions 07 civ 8766 (JGK) and 07 civ 9745 (JGK) having been consolidated with the lead action, 07 civ 8706,

The Clerk is hereby directed to transfer actions 07 civ 8766 (JGK) and 07 civ 9745 (JGK) to the Northern District of California as related to 07 civ 8766 (JGK).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```